issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 120, Orig. NEW JERSEY *v.* NEW YORK. Motion of the Special Master for compensation and reimbursement of expenses granted, and the Special Master is awarded a total of $84,531.74 to be paid by the parties equally. [For earlier order herein, see, *e. g.,* 514 U. S. 1125.]

No. 94–1527. BARR LABORATORIES, INC. *v.* BURROUGHS WELLCOME CO.; and
No. 94–1531. NOVOPHARM, INC., ET AL. *v.* BURROUGHS WELLCOME CO. C. A. Fed. Cir. The Solicitor General is invited to file a brief in these cases expressing the views of the United States.

No. 94–9395. IN RE MAHN. Petition for writ of habeas corpus denied.

No. 94–9059. IN RE RAITPORT. Petition for writ of mandamus denied.

No. 94–8804. IN RE SATO. Petition for writ of mandamus and/or prohibition denied.

No. 94–464. NORFOLK SOUTHERN RAILWAY CO. *v.* NORTH CAROLINA RAILROAD CO. Ct. App. N. C. Certiorari denied.

No. 94–1420. VENTRE *v.* JOHNSON, ADMINISTRATOR, GENERAL SERVICES ADMINISTRATION. C. A. 4th Cir. Certiorari denied.

No. 94–1497. O'MALLEY *v.* FEDERAL DEPOSIT INSURANCE CORPORATION. Sup. Ct. Ill. Certiorari denied.

No. 94–1525. BARNYAK *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 94–1544. SANIDAD ET AL. *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied.